ACCEPTED
05-13-01222-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/29/2015 11:19:51 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/29/2015 11:19:51 AM
LISA MATZ
Clerk

January 29, 2015

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

       Re:    **Certification of Compliance with Rule 48.4**
             *Angel Espino Palomo v. The State of Texas*
             Trial Court Case No.       F12-63321-H
             Appellate Court Case No.   05-13-01222-CR

Dear Ms. Matz:

       Pursuant to Rule 48.4, of the Texas Rules of Appellate Procedure, I certify that a copy of the opinion and judgment in the above styled and numbered cause was sent, certified mail, return receipt requested, to the Appellant at his last known address. I further certify that, along with the opinion and judgment, a letter was included in which the Appellant was advised that he has the right to file a pro se Petition for Discretionary Review under Rule 68 within thirty (30) days of the issuance of the opinion.

                                  Respectfully,

                                /s/ *Kathleen A. Walsh*
                                Kathleen A. Walsh
                                Assistant Public Defender

Enclosure: certified mail return receipt
cc: Dallas County District Attorney's Office, Appellate Division

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x S Ferguson ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1/16/15

1. Article Addressed to:

Angel Espino Palomo
TDCJ # 01892894
Ferguson Unit
12120 Savage Drive
Midway, Texas 75852

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 1350 0003 4901 4533

PS Form 3811, July 2013     Domestic Return Receipt